UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., <br> Plaintiffs, <br><br> v. <br><br> MHC CORP., <br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-11889-MLW <br> ) <br> ) <br> ) <br> ) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, MHC Corp., 16 Athelwold Street, Dorchester, MA 02124 in the above-captioned action. Defendant MHC Corp. was served with the complaint on September 14, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: October 26, 2004                Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114    (617) 723-8440

 /s/ Christopher N. Souris
Attorney for plaintiffs Massachusetts
Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to MHC Corp., 16 Athelwold Street, Dorchester, MA 02124

/s/ Christopher N. Souris

Christopher N. Souris