UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MASSACHUSETTS CARPENTERS CENTRAL</u>
<u>COLLECTION AGENCY</u>, et al
    Plaintiff(s)       CIVIL ACTION
               NO. <u>04-11889-MLW</u>
    V.

<u>MHC CORP.</u>,
   Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s), <u>MASSACHUSETTS CARPENTERS CENTRAL</u> <u>COLLECTION AGENCY, et al,</u> for an order of Default for failure of the Defendant(s), <u>MHC</u> <u>CORP.,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>1ST</u> day of <u>NOVEMBER</u>, 20<u>04</u>.

                 TONY ANASTAS, CLERK

             By: <u>/s/ Dennis O'Leary</u>
                Deputy Clerk

Notice mailed to:

(default.not - 10/96)                        [ntcdflt.]