UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., <br>     Plaintiffs, <br><br> MHC CORP., <br>     Defendant. | ) <br> ) <br> ) <br> )    C. A. NO. 04-1889-MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

**REQUEST FOR ADDITIONAL TIME
TO FILE MOTION FOR DEFAULT JUDGMENT**

Plaintiffs are presently preparing an affidavit of damages to support a motion for entry of a default judgment, but require additional time to prepare the calculation of damages. Accordingly, plaintiffs respectfully request that their time to file a motion be extended to December 30, 2004.

Dated: December 13, 2004

    Respectfully submitted,

    Christopher N. Souris
    BBO #556343
    KRAKOW & SOURIS, LLC
    225 Friend Street
    Boston, MA 02114
    (617) 723-8440

    _/s/ Christopher N. Souris_____
    Attorney for plaintiffs Massachusetts
    Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to MHC Corp., 16 Athelwold Street, Dorchester, MA 02124

 /s/ Christopher N. Souris
Christopher N. Souris