UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., <br> Plaintiffs, <br><br> v. <br><br> MHC CORP., <br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-11889-MLW <br> ) <br> ) <br> ) <br> ) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al., upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, MHC Corp. to pay to the plaintiffs the sum of $125,545.74 in damages and taxable costs.

Dated:                                    Respectfully submitted,

                                          Christopher N. Souris
                                          BBO #556343
                                          KRAKOW & SOURIS, LLC
                                          225 Friend Street
                                          Boston, MA 02114    (617) 723-8440

                                          _____
                                          Attorney for plaintiffs Massachusetts Carpenters
                                          Central Collection Agency, et al.

CERTIFICATE OF SERVICE

       I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to MHC Corp., 16 Athelwold Street, Dorchester, MA 02124.

                                              /s/Christopher N. Souris
                                              Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., <br>     Plaintiffs, <br><br> v. <br><br> MHC CORP., <br>     Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-11889-MLW <br> ) <br> ) <br> ) <br> ) |

### **JUDGMENT**

WOLF, D.J.

Defendant MHC Corp. having failed to plead or otherwise defend in this action and default having been entered on November 1, 2004;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiff the sum of $125,347.22, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $198.52, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant MHC Corp. the sum of $125,545.74 with interest as provided by law.

                                                  By the Court,

                                                  _____

                                                  Deputy Clerk

Dated:_____

NOTE: The post judgment interest rate effective this date is __%.