UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., <br> Plaintiffs, <br><br> v. <br><br> MHC CORP., <br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-11889-MLW <br> ) <br> ) <br> ) <br> ) |

### JUDGMENT

WOLF, D.J.

Defendant MHC Corp. having failed to plead or otherwise defend in this action and default having been entered on November 1, 2004;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiff the sum of $125,347.22, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $198.52, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant MHC Corp. the sum of $125,545.74 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: April 11, 2005

NOTE: The post judgment interest rate effective this date is __%.
3.38